UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CONSERVATION LAW FOUNDATION, INC.,  )
                                    )
        Plaintiff,                  )
                                    )
  v.                                )   Civil Action No. 10-CV-10250-RGS
                                    )
BOSTON WATER AND SEWER              )
COMMISSION, *et al*.,               )
                                    )
        Defendants.                 )
_____)

**ASSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 12(a)(1), and with the assent of the Plaintiff Conservation Law Foundation, Inc., the Defendants move that the time for filing their response to Plaintiff's Complaint, which is currently due on Monday, March 29, 2010, be enlarged for a period of two weeks through and including Monday, April 12, 2010.  Counsel for the Plaintiff Conservation Law Foundation, Inc. has assented to the Motion.


By their attorneys,

 /s/ John M. Stevens
John M. Stevens, BBO #306860
Elisabeth M. DeLisle, BBO #658067
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
jstevens@foleyhoag.com
edelisle@foleyhoag.com

        Of counsel,

        James J. Steinkrauss, BBO #647497
        Deputy General Counsel
        Boston Water & Sewer Commission
        980 Harrison Avenue
        Boston, MA 02119
        (617) 989-7312
        steinkraussjj@bwsc.org

## LOCAL RULE 7.1 CERTIFICATION

     I hereby certify that on March 25, 2010, I conferred with counsel for the Conservation Law Foundation and that he assented to the present Motion.

        /s/ Elisabeth M. DeLisle
        Elisabeth M. DeLisle

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to any non-registered participants.

        /s/ John M. Stevens
        John M. Stevens

Date: March 26, 2010

B3735280.1