UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-10250-RGS |
| | ) |
| BOSTON WATER AND SEWER COMMISSION; VINCENT G. MANNERING, in his official capacity as EXECUTIVE DIRECTOR of BOSTON WATER AND SEWER COMMISSION; DENNIS A. DIMARZIO, in his official capacity as CHAIRMAN of BOSTON WATER AND SEWER COMMISSION; CATHLEEN DOUGLAS STONE, in her official capacity as BOSTON WATER AND SEWER COMMISSIONER; and MUHAMMAD ALI-SALAAM, in his official capacity as BOSTON WATER AND SEWER COMMISSIONER , | ) |
| | ) |
| Defendants. | ) |

**APPEARNACE OF COUNSEL FOR CONSERVATION LAW FOUNDATION**

I hereby give notice to the clerk of court and all parties of record that I am admitted to practice in this Court and through this filing make my appearance as counsel for plaintiff Conservation Law Foundation.

On this 8th day of June, 2010

/s/ Anthony N.L.Iarrapino

Anthony N.L. Iarrapino BBO# 658109
15 East State St. #4
Montpelier, VT 05602
802.223.5992 ph
802.223.0060 fx
aiarrapino@clf.org

1

Certificate of Service

I hereby certify that on June 8, 2010, I filed this Notice of Appearance via the Court's ECF system thereby effecting service on all registered parties and their attorneys in this case.

/s/ Anthony Iarrapino
15 East State St. #4
Montpelier, VT 05602
802-223-5992
aiarrapino@clf.org