UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | Civil Action No. 10-10250-RGS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON WATER AND SEWER COMMISSION, | ) | |
| *et al.*, | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMMONWEALTH OF MASSACHUSETTS, | ) | |
| | ) | |
| Necessary Party required by | ) | |
| 33 U.S.C. § 1319(e). | ) | |

**MOTION OF UNITED STATES OF AMERICA
TO INTERVENE AS OF RIGHT**

Pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure and 33 U.S.C.
§ 1365(c)(2), the United States of America, on behalf of the Administrator of the
Environmental Protection Agency, hereby moves to intervene as of right as a Plaintiff-
Intervener in this action and to file the United States' Complaint-in-Intervention which is
attached hereto as Exhibit 1.

This action was commenced by the Conservation Law Foundation, Inc. against the
defendants Boston Water and Sewer Commission, *et al.* pursuant to the "citizen suit"

provisions of section 505 of the Federal Water Pollution Control Act (also known as the Clean Water Act ("CWA")), 33 U.S.C. § 1365.  Section 505(c)(2) of the CWA, 33 U.S.C. § 1365(c)(2) affords the government an unconditional right to intervene in such an action.  Specifically, Section 505(c)(2) provides, "[i]n such an action under this section, the Administrator, if not a party, may intervene as a matter of right."

Rule 24(a) of the Federal Rules of Civil Procedure provides, "On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute. . . ."  Because the United States is afforded an

//

//

//

//

//

//

//

//

//

//

//

unconditional right to intervene, the United States requests that the Court allow this

motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney
District of Massachusetts

/s/ George B. Henderson, II

GEORGE B. HENDERSON, II
ANTON GIEDT
Assistant United States Attorneys
District of Massachusetts
1 Courthouse Way
John Joseph Moakley Courthouse
Boston, Massachusetts  02210
(617) 748-3100
December 21, 2010                          George.Henderson2@usdoj.gov
Anton.Giedt@usdoj.gov
OF COUNSEL:
Edith A. Goldman
Senior Enforcement Counsel
U.S. Environmental Protection Agency, Region 1
Kevin P. Pechulis
Enforcement Counsel
U.S. Environmental Protection Agency, Region 1

CERTIFICATION

The undersigned counsel hereby certifies that he has conferred with counsel
pursuant to Local Rule 7.1(A)(2).  The undersigned is authorized to state that counsel for
the plaintiff Conservation Law Foundation, Inc. assents to the motion on behalf of the
plaintiff, and that counsel for the defendants states that the defendants will not be filing an
opposition to the motion.

/s/ George B. Henderson, II

George B. Henderson, II

3

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2010, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ George B. Henderson, II
George B. Henderson, II