UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) Civil Action No. 10-10250-RGS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| BOSTON WATER AND SEWER COMMISSION, | ) |
| *et al.*, | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| | ) |
| Necessary Party required by | ) |
| 33 U.S.C. § 1319(e). | ) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

Pursuant to the order of the Court set forth in its December 21, 2010, Memorandum and Order on Plaintiff's Motion for Partial Summary Judgment (Dkt #33), the parties submit this joint status report and proposed scheduling order.[1]

---

[1] This Joint Status Report and Proposed Scheduling Order is submitted by the plaintiff Conservation Law Foundation, Inc. ("CLF"), the Plaintiff-Intervener United States of America, and the defendants Boston Water and Sewer Commission, et al. ("BWSC"). The Commonwealth of Massachusetts, which is made a party pursuant to 33 U.S.C. § 1319(e), has only recently been served with the Summons and Complaint-in-Intervention and has not yet entered an appearance in this case.

A.      Status Report

On December 17, 2010, CLF, the United States, BWSC, and representatives of the Commonwealth of Massachusetts met to explore settlement. The meeting was positive and the parties have scheduled another meeting for the week of January 17, 2011. Because of the variety of issues raised by the discussions and the preparation needed for fruitful negotiations, the parties believe that, at least for the time being, their efforts should be devoted to settlement efforts rather than litigation. Accordingly, the parties propose an extension of the litigation schedule to allow them to focus their immediate attention on settlement efforts and, if necessary, thereafter to carry out the additional discovery the Court's order recognizes as appropriate. If the settlement discussions are fruitful, the parties may seek a further stay of the litigation, inasmuch as it typically takes a number of months to conclude the details of a settlement of this nature and to obtain necessary approvals.

B.      Joint Proposed Scheduling Order

The parties jointly propose the Second Amended Pretrial Scheduling Order attached hereto as Exhibit 1. In general, to permit time for ongoing discussions and limited additional discovery, the proposed schedule extends the deadlines in the current Amended Pretrial Scheduling Order (Dkt #25) by approximately five months, and allows

the United States to serve a limited amount of additional written discovery. The parties suggest a trial date in October 2011, at the convenience of the Court.

        Respectfully submitted,

        Conservation Law Foundation, Inc.

        /s/ *Anthony L. Iarrapino*

By:  Anthony Lappin Iarrapino (BBO# 658109)
      Christopher M. Kilian, pro hac vice
      15 E. State St. #4
      Montpellier, Vermont 05602
      Telephone: (802) 223-5992, x. 14
      aiarrapino@clf.org

        CARMEN M. ORTIZ
        United States Attorney

        /s/ *George B. Henderson, II*

By:  George B. Henderson, II
      Anton Giedt
      Assistant United States Attorneys
      1 Courthouse Way
      John Joseph Moakley Courthouse
      Boston, Massachusetts  02210
      (617) 748-3100
      George.Henderson2@usdoj.gov
      Anton.Giedt@usdoj.gov

        OF COUNSEL:
        Edith A. Goldman
        Senior Enforcement Counsel
        Kevin P. Pechulis
        Enforcement Counsel
        U.S. Environmental Protection Agency,
        Region 1

        BOSTON WATER & SEWER COMMISSION, VINCENT G. MANNERING, DENNIS A. DIMARZIO, CATHLEEN DOUGLAS STONE and MUHAMMAD ALI-SALAAM, in their respective official capacities,

By:   /s/ *John M. Stevens*
      John M. Stevens, BBO #480140
      Elisabeth M. DeLisle, BBO #658067
      Amy E. Boyd, BBO #667482
      Foley Hoag LLP
      Seaport World Trade Center West
      155 Seaport Boulevard
      Boston, MA 02210
      (617) 832-1000; (617) 832-1159
      jstevens@foleyhoag.com
      edelisle@foleyhoag.com
      aboyd@foleyhoag.com

January 11, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of January, 2011, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to the Commonwealth of Massachusetts via U.S. mail.

          /s/ *George B. Henderson, II*
          George B. Henderson, II